```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

ERIC LAMONT COLEMAN,          :

    Petitioner,               :

v.                            :      CIVIL ACTION 02-00726-WS-B

JAMES DELOACH,                :

    Respondent.               :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice.

    **DONE** and **ORDERED** this 21st day of September, 2006.

                                        s/WILLIAM H. STEELE
                                        UNITED STATES DISTRICT JUDGE