IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ERIC LAMONT COLEMAN,**              :

    Petitioner,              :

v.                                    :    CIVIL ACTION 02-00726-WS-B

**JAMES DELOACH,**                    :

    Respondent.              :


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed with prejudice.

**DONE** and **ORDERED** this 21st day of September, 2006.


                    s/WILLIAM H. STEELE
                    UNITED STATES DISTRICT JUDGE